# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 22, 2018

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  William C. Bond
           v. United States, et al.
           Application No. 18A418
           (Your No. 17-2150)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on October 22, 2018, extended the time to and including December 17, 2018.

    This letter has been sent to those designated on the attached notification list.

                                        Sincerely,

                                        Scott S. Harris, Clerk

                                        by

                                        Jacob C. Travers
                                        Case Analyst

RECEIVED 2018 OCT 29 PM 3:05