# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 20, 2018

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  William C. Bond
           v. United States, et al.
           No. 18-782
           (Your No. 17-2150)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 17, 2018 and placed on the docket December 20, 2018 as No. 18-782.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Jacob C. Travers
                              Case Analyst